IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TERRELL SINCLAIR HILLIARD                                                        PLAINTIFF

v.                                              Civil No. 1:16-cv-01023

SERGEANT MYERS, Union County
Detention Center (UCDC); LIEUTENANT
GREEN, UCDC; LIEUTENANT
K. PENDLETON, UCDC; and SERGEANT
TEMPLE, UCDC                                                                     DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 20) is hereby **GRANTED,** and the above styled case is dismissed with prejudice.

**DATED this 20th day of March 2017.**

                                                           /s/ Barry A. Bryant
                                                         HON. BARRY A. BRYANT
                                                         UNITED STATES MAGISTRATE JUDGE